■ In the Matter of JUNE A. STRADER, Petitioner, v BRIAN J. WING, as Commissioner of New York State Office of Temporary and Disability Assistance, et al., Respondents. [714 NYS2d 921] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: In this CPLR article 78 proceeding transferred to our Court (see, CPLR 7804 [g]), petitioner contends that the determination following a fair hearing to terminate her personal care services is not supported by substantial evidence. We disagree. The evidence adduced at the fair hearing establishes that petitioner's health and safety in a home setting could no longer be assured (see, Matter of Bentley v Perales, 103 AD2d 1005). We have examined petitioner's remaining contentions and conclude that they lack

merit. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Lewis County, Gilbert, J.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Balio, JJ.